**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SYTAIRA GREEN,

       Plaintiff,                             CASE NO. 17-13528

                                                 HON. MARIANNE O. BATTANI

COMMISSIONER
OF SOCIAL SECURITY,

       Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DENYING**
**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Sytaira Green brings this action pursuant to 42 U.S.C. § 405 (g), challenging the final decision of the Commissioner denying her claim for disability benefits. The case was referred to Magistrate Judge Stephanie Dawkins Davis pursuant to 28 U.S.C. § 636(b)(1)(B) to review the final decision.

The parties filed cross-motions for summary judgment. In a Report and Recommendation ("R&R") dated January 31, 2019, Magistrate Judge Davis recommended that Defendant's motion be granted and Plaintiff's motion be denied. In her R&R, the Magistrate Judge informed the parties that objections to the R&R needed to be filed within 14 days of service and that a party's failure to file objections would waive any further right of appeal. (ECF No. 12 at Page 19).

Neither party filed an objection. Because no objection has been filed in this case, the parties waived their right to *de novo* review and appeal. Moreover, this Court agrees with the thorough analysis contained in the R&R.

Accordingly, the Court **ADOPTS** the Magistrate Judge's recommendation, **GRANTS** Defendant's Motion for Summary Judgment and **DENIES** Plaintiff's Motion for Summary Judgment, and the findings of the Commissioner are **AFFIRMED**.

**IT IS SO ORDERED.**

Date: March 8, 2019

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on March 8, 2019.

s/ Kay Doaks
Case Manager